# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 11, 2018

Stephen J. Markman,
Chief Justice

157382(19)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

RAYMOND R. SMITH,
        Plaintiff-Appellant,
and

CITIZENS INSURANCE COMPANY OF
AMERICA,
        Intervening Plaintiff,

v

CHRYSLER GROUP, LLC,
        Defendant-Appellee.

SC: 157382
COA: 339705
MCAC: 14-000003

_____/

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before May 23, 2018.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 11, 2018



Clerk